United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18534-amc
Joshua E. Roberts                                               Chapter 13
Jennifer I Roberts
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1           Date Rcvd: Jan 30, 2018
                             Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +Joshua E. Roberts,    Jennifer I Roberts,    4048 Trails Way East,    Doylestown, PA 18902-6905
cr             +Commonwealth of PA, Dept of Revenue,    c/o Denise A. Kuhn,   Office of the Attorney General,
                 21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,     14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,     14841 Dallas Parkway, Suite 30,   Dallas, TX 75254-7685
13725163       +HSBC Bank USA , NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 01:47:24     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               dkuhn@attorneygeneral.gov
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Jennifer I Roberts
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Jennifer I Roberts
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Joshua E. Roberts
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joshua E. Roberts jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage  Pass-Through Certificates, MANA Series
               2007-AF1 KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage  Pass-Through Certificates, MANA Series
               2007-AF1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joshua E. Roberts<br>Jennifer I. Roberts<br>　　　　　Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1<br>　　　　　Movant<br>vs. | NO. 15-18534 amc<br><br>11 U.S.C. Section 362 |
| Joshua E. Roberts<br>Jennifer I. Roberts<br>　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$12,809.24**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | Sep. 2017 through Oct. 2017 at $3,496.58/month |
| | Nov. 2017 to Dec. 2017 at $3,497.62/month |
| Suspense Balance: | ($1,179.16) |
| **Total Post-Petition Arrears** | **$12,809.24** |

2.    The Debtor(s) shall cure said arrearages in the following manner:

　　　a)    Beginning January 1, 2018 and continuing through September 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$3,497.62** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,423.25** towards the arrearages on or before the last day of each month at the address below:

　　　　　Specialized Loan Servicing, LLC
　　　　　PO Box 636007
　　　　　Littleton, Colorado 80163

　　　b)    Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 21, 2017

By: /s/ Rebecca A. Solarz
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 12/27/2017

Jeffrey C. McCullough Esq.
Attorney for Debtor(s)

Date: 12-29-17

William C. Miller    JACK MILLER
Chapter 13 Trustee

Approved by the Court this __30th__ day of __January, 2018__, ~~20~~. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan