United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18534-mdc |
| Joshua E. Roberts | Chapter 13 |
| Jennifer I Roberts | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua E. Roberts, Jennifer I Roberts, 4048 Trails Way East, Doylestown, PA 18902-6905 |
| cr | + | HSBC BANK USA, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 30, Dallas, TX 75254-7685 |
| cr | + | HSBC Bank USA, National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association as Trustee for, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, IA 50328-0001 |
| 13640070 | + | AR Resources, Inc., P.O.Box 1056, Blue Bell, PA 19422-0287 |
| 13640072 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O.Box 982235, El Paso, TX 79998-2235 |
| 13640073 | | Barclays Bank Delaware, Card Services, P.O.Box 8833, Wilmington, DE 19899-8833 |
| 13640075 | + | Central Bucks Ambulance & Rescue, 455 East Street, Doylestown, PA 18901-3844 |
| 13640079 | | Commonwealth Of Pennsylvania, Department Of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 13640081 | + | Doylestown Hospital, Attn: Billing Dept., 595 West State Street, Doylestown, PA 18901-2597 |
| 13715683 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 13640082 | + | FIA Card Services NA, Bank Of America, N.A., 655 Paper Mill Road, Newark, DE 19711-7500 |
| 13725163 | + | HSBC Bank USA , NA, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14557388 | + | HSBC Bank USA, National Association as Trustee for, c/oSpecialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13640083 | + | Infiniti Financial Services, Bankruptcy Department, P.O.Box 660366, Dallas, TX 75266-0366 |
| 13774544 | + | Jeffrey C. McCullough, Esquire, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 13658640 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13640087 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 13640088 | | PNC Bank, P.O.Box 1366, Pittsburgh, PA 15230-1366 |
| 13640089 | | RBS Citizens, Commercial Loan Operations, P.O.Box 42004, Providence, RI 02940-2004 |
| 13640090 | + | St. Mary's Medical Center, Attn: Billing Dept., 1201 Langhorne - Newtown Rd, Langhorne, PA 19047-1295 |
| 13640092 | + | WF Home Mortgage, P.O.Box 10335, Des Moines, IA 50306-0335 |
| 13723327 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 13640091 | + | Wells Fargo Bank, N.A., C/O America's Servicing Company, P.O.Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

Case 15-18534-mdc    Doc 56    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:40 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13640071 | | Email/Text: legal@arsnational.com | Apr 17 2021 03:32:00 | ARS National Services, Inc., P.O.Box 469100, Escondido, CA 92046-9100 |
| 14187817 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 17 2021 03:31:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13669292 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13651101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:01:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13640074 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:01:03 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13640077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 03:52:53 | Citibank NA, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 13725397 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 17 2021 03:31:00 | Citizens Bank of Pennsylvania,NA, c/o Charles M. Koutsogiane, One Citizens Drive, Managed Assets ROP30B, Riverside RI 02915-3026 |
| 13640078 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Capital Bank, P.O.Box 182125, Columbus, OH 43218-2125 |
| 13640080 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2021 04:01:20 | Credit One Bank, P.O.Box 98873, Las Vegas, NV 89193-8873 |
| 13640084 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 13640076 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:48 | Chase, P.O.Box 15298, Wilmington, DE 19850 |
| 13662774 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 04:02:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13640085 | + | Email/Text: Bankruptcies@nragroup.com | Apr 17 2021 03:37:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13640086 | + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2021 03:52:21 | Navient, P.O.Box 9500, Wilkes Barre, PA 18773-9500 |
| 13673635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13648346 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13641790 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:01:53 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ##+ | Commonwealth of PA, Dept of Revenue, c/o Denise A. Kuhn, Office of the Attorney General, 21 S. 12th Street, 3rd Floor, Philadelphia, PA 19107-3604 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 48 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE A. KUHN | on behalf of Creditor Commonwealth of PA  Dept of Revenue dkuhn@attorneygeneral.gov |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Jennifer I Roberts jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Joint Debtor Jennifer I Roberts jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Joshua E. Roberts jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Joshua E. Roberts jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KEVIN G. MCDONALD | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1 bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1 bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Joshua E. Roberts and Jennifer I Roberts

      Debtor(s)                        Bankruptcy No: 15−18534−mdc

                                                  Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                             For The Court
                                                     Timothy B. McGrath
                                                         Clerk of Court

Dated: 4/16/21

                                                                                     52 − 51
                                                                       Form 138_new